# UNITED STATED BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-80005  C-13D |
| Melena B. McNeil | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On April 15, 2010, a hearing was held on confirmation of the Debtor's proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the proposed plan and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the proposed plan should not be confirmed; therefore, it is ORDERED:

1. Confirmation of the Debtor's proposed plan is denied.

2. The Debtor shall have 30 days from April 15, 2010, within which to amend her proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

## PARTIES IN INTEREST
### Page 1 of 1
### 10-80005 C-13D

Melena B. McNeil
411 Mt. Zion Church Rd.
Hoke, NC 28374

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702