C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Melena B. McNeil            )        **Motion and Notice**
                                   )            **Chapter 13**
                                   )
                                   )
                                   )        No: B-10-80005 C-13D
                                   )
         Debtor(s)                 )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On May 27, 2010, the Debtor's plan was confirmed and provided for adequate protection payments in the amount of $474.00 to Wells Fargo Auto on its claim securing a 2007 Chevrolet. The Trustee has reviewed the Debtor's plan and the amount of the adequate protection payment should be $269.00.

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Confirmation Order to provide for adequate protection payments to Wells Fargo Auto of $269.00 per month for three (3) months from confirmation.

Date: August 12, 2010                                          s/Richard M. Hutson, II
   ej                                                              Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before September 12, 2010, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on October 7, 2010, at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: August 12, 2010                                          OFFICE OF THE CLERK
                                                               U.S. Bankruptcy Court

Melena B. McNeil
511 Mt. Zion Church Rd.
Maxton, NC 28364

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Wells Fargo Auto
PO Box 500
Chester, PA 19013