C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-80005 C-13D |
| Melena B. McNeil | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

This matter coming before the Court upon the Motion of Richard M. Hutson II, Trustee for the above-referenced Debtor, to modify the Confirmation Order, and there being no filed objection to the Motion within the time period set forth in the Notice issued on August 12, 2010, by the Clerk of Court setting September 12, 2010, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

ORDERED that the Confirmation Order is modified to provide adequate protection payments of $269.00 to Wells Fargo Auto for three (3) months from confirmation.

# PARTIES IN INTEREST
## Page 1 of 1
## 10-80005 C-13D

Melena B. McNeil
511 Mt. Zion Church Rd.
Maxton, NC 28364

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Wells Fargo Auto
PO Box 500
Chester, PA 19013